IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA M. LAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 01-0792-P-M |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and dated May 6, 2005 (doc.34), is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that the Petition For Authorization of Attorney Fees be and is hereby GRANTED, insofar as petitioner Byron A. Lassiter, counsel of record for the plaintiff, is hereby AWARDED a reasonable attorney's fee in the amount of $4,084.87 pursuant to 42 U.S.C. § 406(b), for his services on plaintiff's behalf before this court.

It is further ORDERED that Mr. Lassiter be allowed to apply the $1,225.00, which represents the EAJA fee he was awarded (see docs.30-31), and which is currently held in his Firm's trust account as partial payment of the attorney fees being requested in his Petition (thus, the amount to be obtained from plaintiff would be $2,859.87).

DONE the 9th day of June, 2005.

      S/Virgil Pittman
      SENIOR UNITED STATES DISTRICT JUDGE