IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA M. LAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 01-0792-P-M |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that petitioner Byron A. Lassiter, counsel of record for the plaintiff, is hereby AWARDED a reasonable attorney's fee in the amount of $4,084.87 pursuant to 42 U.S.C. § 406(b), for his services on plaintiff's behalf before this court, and that Mr. Lassiter is allowed to apply the $1,225.00, which represents the EAJA fee he was awarded and which is currently held in his Firm's trust account as partial payment of the attorney fees.

DONE the 9th day of June, 2005.

S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE